UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELLEN D. POLUCHA, ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 15-00651 VAP (AJW) |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

DATED:   September 28, 2016

_____
VIRGINIA A. PHILLIPS
United States District Judge